# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Leonel Blanco<br>*Plaintiff,*<br><br>v.<br><br>R.B Fast Food, Inc.<br>Royal Fried Chicken Inc.,<br>Akbar Hussain<br>Sonia Martinez<br>*Defendants.* | CIVIL ACTION NO:<br>1:16-cv-563-M-PAS |

## [~~PROPOSED~~] ORDER APPROVING SETTLEMENT AGREEMENT

This litigation, Blanco v. R.B Fast Food, Inc., et al, Civil Action No. 1:16-cv-00563 (the "Litigation"), involves, among others, a claim under the Fair Labor Standards Act, 29 U.S.C § 201 et seq. (the "FLSA"). This matter is before the Court upon the Parties' Joint Motion for Approval of Settlement Agreement ("Joint Motion").

This Order provides judicial approval of a reasonable compromise, and is not a finding, conclusion, or reflection of any violation of the FLSA or related state wage laws, willful, intentional, or otherwise. The Court has reviewed the parties' Joint Motion and the terms of the Settlement Agreement as stated in the Joint Motion. The Court notes that the parties are represented by experienced and competent counsel. The Court further notes that there are bona fide disputes over Plaintiff Leonel Blanco's ("Plaintiff") claim that he is entitled to overtime pay. In light of these legitimate disputes, the Court believes that the Settlement Agreement reflects a fair and reasonable resolution of these bona fide disputes. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the Parties' Joint Motion.

2. The Court APPROVES the Settlement Agreement, including the settlement and release of Plaintiff's FLSA claims and all other claims brought in this Litigation.

3. The Court APPROVES the monetary distribution to Plaintiff as described in the Settlement Agreement and ORDERS Defendants to make payments accordingly.

4. The claims in this Litigation, including Plaintiff's FLSA claims, are hereby DISMISSED WITH PREJUDICE with each Party to bear his or its own expenses and attorneys' fees except as set forth in the Settlement Agreement.

ORDERED this 18th day of September, 2017.

/s/ John J. McConnell, Jr.
John J. McConnell, Jr.
UNITED STATES DISTRICT COURT JUDGE